1

2

3

4

5

6                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
7                              AT SEATTLE

8    LAURA B. GILLIS,

9                         Plaintiff,            Case No. C22-803-JCC

10         v.                                   ORDER GRANTING APPLICATION
                                                TO PROCEED *IN FORMA PAUPERIS*
11   AMAZON.COM, INC.,

12                        Defendant.

13

14        Plaintiff Laura B. Gillis has filed an application to proceed *in forma pauperis* ("IFP") in

15   the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford

16   the $402.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 1) is

17   GRANTED.

18        The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable John

19   C. Coughenour.

20        Dated this 9th day of June, 2022.

21                                              _____
                                                MICHELLE L. PETERSON
22                                              United States Magistrate Judge

23

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1