*Pro Se 7 2016*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Laura B Gillis

Plaintiff(s),

v.

Amazon.com Inc

Defendant(s).

CASE NO. 2:22-cv-00803-JCC
[to be filled in by Clerk's Office]

COMPLAINT FOR EMPLOYMENT DISCRIMINATION

Jury Trial: ☒ Yes ☐ No

## I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | Laura B Gillis |
| Street Address | 6710 Lindsay Ave SE |
| City and County | Auburn, King County |
| State and Zip Code | Washington, 98092 |
| Telephone Number | (210)347-3990 |

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 1

Pro Se 7 2016

B.  Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Amazon.com Inc |
| Job or Title *(if known)* | Corporation |
| Street Address | 410 Terry Ave N |
| City and County | Seattle, King County |
| State and Zip Code | Washington, 98109 |
| Telephone Number | (206)266-1000 |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 2

*[handwritten:]* Laura B. Gillis
6710 Lindsay Ave SE
Auburn, WA 98092
(210)347-3990

*Pro Se 7 2016*

1    Defendant No. 4

2        Name
3        Job or Title *(if known)*
         Street Address
4        City and County
5        State and Zip Code
         Telephone Number
6

7  C.   Place of Employment

8       The address at which I sought employment or was employed by the defendant(s) is:

9

10       Name                     Amazon Fulfillment Center BFI4
         Street Address           21005 64th Ave S
11       City and County          Kent, King County
12       State and Zip Code       Washington, 98032
         Telephone Number         (206)266-1000
13       Name                     Amazon Fulfillment Center BFI9
14       Street Address           3020 International Pl
         City and County          DuPont, Pierce County
15       State and Zip Code       Washington, 98327
16       Telephone Number         (206)266-1000

17              **II.    BASIS FOR JURISDICTION**

18      This action is brought for discrimination in employment pursuant to *(check all that*

19  *apply)*:

20

21      ☐  Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e
           to 2000e-17 (race, color, gender, religion, national origin).

22         *(Note: In order to bring suit in federal district court under Title VII, you
           must first obtain a Notice of Right to Sue letter from the Equal
23         Employment Opportunity Commission.)*

24

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 3

Laura B. Gillis
6710 Lindsay Ave SE
Auburn, WA 98092
(210) 347-3990

*Pro Se 7 2016*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

_____

☒ Relevant state law *(specify, if known)*:

_____

☐ Relevant city or county law *(specify, if known)*:

_____

### III.   STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 4

Laura B. Gillis
6710 Lindsay AVE SE
Auburn, WA 98092
(210) 347-3990

Pro Se 7 2016

1.  Defendant refused Plaintiff's request for reasonable accommodations because Defendant's requirements for accommodations do not account for fluid disabilities that manifest differently over time such as Bipolar 1 Disorder Rapid Cycling.

2.  Defendant allowed for Plaintiff to be discriminated against by members of Management and Departments based on assumptions of Plaintiff's disability, justifying their behavior because they were following Defendant's Policies and Procedures.

3.  Defendant's Policies and Procedures required by Departments to follow concerning how employees are terminated discriminated against Plaintiff by not taking into account Plaintiff's disability and need for essential medication to protect the Plaintiff's mental health and allow her to participate in her own termination process.

B.  The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☐ Failure to promote me.
- ☒ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☐ Retaliation.
- ☐ Other acts *(specify)*: _____

C.  It is my best recollection that the alleged discriminatory acts occurred on date(s) <u>Various and numerous dates beginning in July 2021 and ending about November 13, 2021</u>

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 5

Laura B Gillis
4710 Lindsay Ave SE
Auburn, WA 98092
(210) 347-3990

Pro Se 7 2016

D.     I believe that defendant(s) *(check one)*:

       ☐   is/are still committing these acts against me.
       ☒   is/are not still committing these acts against me.

E.     Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

       ☐   race       _____
       ☐   color      _____
       ☐   gender/sex   _____
       ☐   religion   _____
       ☐   national origin
       ☐   age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
       ☒   disability or perceived disability *(specify disability)*

Bipolar 1 Disorder Rapid Cycling

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 6

Laura B. Gillis
6710 Lindsay AVE SE
Auburn, WA 98092
(210) 347-3990

F. The facts of my case are as follows. Attach additional pages if needed.

1. In the spring of 2021 Plaintiff was trained to perform the job of water spider at Amazon Fulfillment Center BFI4 in Kent, Washington.

2. On or about the beginning of June 2021, Plaintiff informed her Area Manager, Shamur and the Defendant's on-site Human Resource Department of her Bipolar 1 Disorder Rapid Cycling Disability and how the water spider job was a very helpful tool in stabilizing Plaintiff's Bipolar cycling.

3. Defendant's policies limited the weekly number of hours an Amazon Associate could perform water spider duties.

4. Plaintiff started the process of requesting reasonable accommodations in the form of removing those hourly limitations.

5. In June Defendant's on-site HR representatives provided the Plaintiff with the documents the Defendant requires associates to fill out and submit to the Disability and Leave Services (DLS) of the Employee Resource Center (ERC). This department handles the Defendant's employee's sensitive medical information and then works with on-site Human Resources (HR) on setting up the appropriate accommodations.

6. Plaintiff submitted Employee Questionnaire through the Defendant's Employee AtoZ App and made appointments to visit both her Psychiatrist, Dr J Daniel Wanwig, and Primary Care Physician, Dr Nicola Walker, for the purpose of having the remaining documents filled out, signed and submitted to the DLS. Both of these appointments resulted in the same conclusion, that the required documentation did not apply to Plaintiff's Bipolar disability because the documents focused on static physical impairments.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 7

Laura B. Gillis
1710 Lindsay AVE SE
Auburn, WA 98092
(210) 347-3990

7. Throughout the months of July and August of 2021, Plaintiff had several phone and email communications with Melodie Heft, ShannAn Soward and SheLia Caldwell from the DLS department of the ERC concerning the reason why Plaintiff could not provide the documents. Plaintiff submitted both a letter from Dr Walker and a Release of Information Request allowing Amazon representatives to speak directly to Dr Walker regarding the need for accommodations and reasons why the documents were not appropriate for Plaintiffs disability. DLS contacted Dr Walker and she responded on August 3rd.

8. On September 11, 2021 Plaintiff spoke with Jose Luevano from DLS. He informed Plaintiff she had been provided the incorrect accommodation forms and Mr Luevano emailed Plaintiff the form for Cognitive Behavior disabilities. This form also could not be applied to Plaintiff's disability because the Plaintiff is a rapid cycler and the form focused on static disabilities.

9. The process had become too difficult for Plaintiff to continue to pursue. The difficulty level of receiving the requested accommodations affected the speed of Plaintiff's cycling. Plaintiff decided to pause the process and try again in the future.

10. Plaintiff was terminated before restarting her efforts and was never granted her request for reasonable accommodations.

11. On or about June 10, 2021 Plaintiff supported her friend in filing a sexual harassment claim against another coworker.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 8

Laura B. Gillis
6710 Lindsay Ave SE
Auburn, WA 98092
(210) 847-3990

*Pro Se 7 2016*

12. Plaintiff was harassed outside of BFI4 by the terminated coworker with mean texts and an inappropriate and illegal picture he had taken and by his friends still working at BFI4 who shared the inappropriate photo with fellow associates along with spreading untrue and mean rumors within Fulfillment Center.

13. Plaintiff reported these incidents to Loss Prevention and on-site Human Resources. Representatives from both departments informed Plaintiff there was not anything they could really do but keep them informed.

14. Because of the hostile work environment and lack of accommodations, Plaintiff requested and was given a hardship transfer on August 3, 2021 to work on the inbound dock of a new Amazon facility in DuPont, Washington.

15. Plaintiff started work at Amazon Fulfillment Center BFI9 on August 11, 2021.

16. On or about August 18, Plaintiff informed her Area Manager, Zak Habibulla, of her Bipolar Disorder and that there might be times she would not be able to operate PIT equipment because of one particular medication she might have to take but those times should be few and far between. The medication in question very rarely caused any cognitive deficits for the Plaintiff. The issue lied with the questions on the operator's checklist required to turn on and operate the machine. The machine itself would not turn on if Plaintiff took a dose of this medication then truthfully answered all questions.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 9

Laura B. Gillis
6710 Lindsay AVE SE
Auburn, WA 98092
(210) 347-3990

17. After this disclosure, Mr Habibulla frequently assigned Plaintiff to jobs requiring Plaintiff to drive PIT equipment instead of allowing her to learn many other duties performed by dock workers. This resulted in Plaintiff not knowing how to perform all job duties and caused Plaintiff embarrassment when given an assignment by another dock associate to do something she did not know how to do.

18. Mr Habibulla repeatedly complimented Plaintiff on her ability to pick wood up off the floor.

19. Other dock associates noticed or were aware of Mr Habibulla's treatment of Plaintiff including but not limited to her Operations Manager (OM) and other dock associates Chelsea, Devin, Yvonne, Mike and Simon.

20. Mr Habibulla was in charge of three dock associates, Chelsea, Devin and the Plaintiffl. Of the three, Plaintiff had longest tenure as an Amazon Associate, Plaintiff was the only associate transferred specifically to work the dock, Plaintiff was the only associate with previous Amazon dock experience and Plaintiff had never had any safety violations or disciplinary actions taken against her. Another dock associate had already received a write up.

21. On a day just prior to September 10th, 2021 Mr. Habibulla informed Plaintiff she would be cross trained to work in another area of the facility. Plaintiff spoke with the other two dock associates, Chelsea and Devin, and learned she was the only one required to train off the dock.

22. Plaintiff informed Mr Habibulla of her refusal to train off the dock and explained how the dock position was involved in her previous accommodation requests and transfer.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 10

Laura B. Gillis
6710 Lindsay Ave SE
Auburn, WA 98092
(210) 347-3990

23. On or about September 10th, Plaintiff was called into a meeting with her OM, an HR representative and a Safety representative. The HR representative repeatedly insisted that Plaintiff fill out medical accommodation documents in front of the representative and give them to her so she could put them on her computer and send them to the ERC directly contradicting what Plaintiff had previously been told about Defendant's policies handling private medical information. Plaintiff repeatedly refused and insisted on sending her private medical information directly to the ERC herself. Because of this refusal, Plaintiff was told she would be sent home if she refused to work off the dock. The Safety representative told Plaintiff she was a safety risk on the dock. Plaintiff was unaware of any reasons behind safety concerns.

24. Before her next shift, Plaintiff filed a complaint with the day shift against her OM, the HR representative and the Safety representative for the inappropriateness of the meeting. Plaintiff is aware that there was a follow up but unaware if Amazon took any actions concerning that complaint.

25. Due to the overwhelming discriminatory behavior of Mr Habibulla and the events of the meeting, Plaintiff decided to transfer back to BFI4 specifically so she could water spider again.

26. Sometime around the end of September or beginning of October 2021 Plaintiff returned to BFI4.

27. On or about November 6, 2021 Plaintiff was called into a meeting with a representative from Loss Prevention and Eric, an HR representative. Plaintiff was informed she had been accused of sexual harassment.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 11

Laura B. Gillis
4710 Lindsay AVE SE
Auburn, WA 98092
(210) 347-3990

28. Both Loss Prevention and Human Resources were aware of the Plaintiff's Bipolar Disability, her lack of water spider accommodations, the harassment she had suffered as a result of helping her friend file a sexual harassment complaint, how intensely triggering the sexual harassment complaint process had been to the Plaintiff and the high probability her former harassers were still employed at BFI4.

29. Plaintiff had also confided in Eric about her treatment at BFI9 and that she was taking psychiatric medication.

30. Plaintiff requires benzodiazepines to stabilize her brain when in highly stressful situations that could trigger a manic or major depressive episode.

31. Plaintiff kept this medication in her car instead of with her inside the fulfillment center. Plaintiff was not given the opportunity to take her medication for the meeting with Loss Prevention and HR.

32. During the meeting Plaintiff could not focus, was confused and more than once had to ask what to write down on the witness statement form.

33. Plaintiff was never told exactly what her offense was which denied her any defense against her accuser. Plaintiff is aware of 2 employees accused of sexual harassment who kept their jobs and one employee who was terminated. All three of them were given specifics about their accusations and given the opportunity to defend themselves. To the best of Plaintiff's knowledge, none of these employees have a disability.

34. In the final email sent to Plaintiff from Defendant, Defendant states "All policies were applied properly and consistently in this case."

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 12

Laura B. Gillis
6710 Lindsay Ave SE
Auburn, WA 98092
(210) 347-3990

Pro Se 7 2016

35. Due to these facts and Defendant's insistence that all policies were applied properly, Plaintiff believes she was discriminated against by Defendant's policies and procedures during her tenure at Amazon and during her involuntary discharge from Defendant's Amazon Fulfillment Center BFI4.

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

IV. **EXHAUSTION OF FEDERAL ADMINISTRATIVE REMEDIES**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

March 3, 2022

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.
☒ issued a Notice of Right to Sue letter, which I received on *(date)*
March 13, 2022

(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

Laura B. Gillis
1710 Lindsay Ave SE
Auburn, WA 98092
(210) 347-3990

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 13

Pro Se 7 2016

## V. RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

Plaintiff asks the court to order the Defendant to pay to Plaintiff actual damages of $27,853.80 that include back pay, bonuses and medical expenses without health insurance. Plaintiff asks for compensatory damages of $200,000 for pain and suffering. Due to the severe depressive episode Defendant's actions have caused and the Plaintiff's inability to afford the medical care she needs to get out of this depressive episode and regain quality of life, Plaintiff has not been able to work regularly and provide for her son who is still a minor. This amount reflects the loss of housing stability, loss of transportation, loss of ability to pay for her son's physical and mental health concerns and loss of the benefits Plaintiffs minor would have received upon her passing while she had been employed by Defendant. Plaintiff asks for punitive damages of $1,000,000 or in an amount deemed acceptable by the court with the consideration that the Defendant's actions directly affected the Plaintiff severely enough for her to almost succumb to her mental illness. Plaintiff asks for the court to order the Defendant to allow immediate reinstatement of the Plaintiff at the same level of pay Plaintiff would have had she not been terminated and with reasonable accommodations at an AR sortable facility acceptable to both Defendant and Plaintiff.

## VI. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 14

*Laura B. Gillis*
*6710 Lindsay Ave SE*
*Auburn, WA 98092*
*(210) 347-3990*

reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/7/2022

Signature of Plaintiff: *Laura B. Gillis*

Printed Name of Plaintiff: LAURA B. GILLIS

Date of signing:

Signature of Plaintiff:

Printed Name of Plaintiff:

Date of signing:

Signature of Plaintiff:

Printed Name of Plaintiff:

Laura B. Gillis
4710 Lindsay Ave SE
Auburn, WA 98092
(210) 347-3990

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 15

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br>FEPA | 551-2022-02375 |

| Washington State Human Rights Commission | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| Ms. Laura B. Gillis | (210) 347-3990 | |

**Street Address**

6710 Lindsay Ave Southeast

AUBURN, WA 98092

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| AMAZON | 501+ Employees | |

**Street Address**

21005 64th S

KENT, WA 98032

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |  |
|---|---|---|
| | Earliest | Latest |
| Disability | 06/01/2021 | 11/13/2021 |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I began working for Amazon, hereinafter Respondent, in or about September 2020. I performed the duties of my assigned job title, Amazon Associate Tier 1, in a satisfactory manner. In or about June 2021, while working at Respondents Kent, WA location, I notified my supervisor Shamur (last name unknown) of my disability and need for reasonable accommodations in the form of performing more water spider duties. I escalated my request to HR in or about July 2021. Although I provided the ERC with documentation from my medical provider supporting my request, HR continued to ask me to information neither I nor my medical provider were able to provide because the forms referred to current impairments, rather than preventing future impairments, which was relevant in my case. Respondent refused to contact my physician for an explanation of this issue even though I signed and submitted a Release of Information form for them to do so. I transferred to Respondents Dupont, WA location on or about August 11, 2021. While there, I was denied training and the ability to perform certain job duties, such as palletizing items and receiving inventory, which other Associates were allowed to do. In or about September 2021, HR and Dupont Managers notified me that I could no longer work on the docks because I was a safety risk, and asked me to complete reasonable accommodation forms. I refused to do so. Subsequently I transferred back to Respondents Kent, WA location. In or about November 2021 I was suspended and later discharged on or about November 13, 2021 due to sexual

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Ms. Laura B. Gillis**<br><br>**03/03/2022** | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |
| *Charging Party Signature* | |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br>FEPA | **551-2022-02375** |
| Washington State Human Rights Commission | | and EEOC |
| *State or local Agency, if any* | | |

harassment allegations. Respondent never notified me of the specifics of my discharge, so I was never allowed a defense, and I was denied an appeal through Respondent's appeal process. I believe this is pretext for discrimination as I am aware of similarly situated individuals that have also been accused of sexual harassment but not discharged, and individuals that have been allowed to defend and appeal their discharge. I believe I have been discriminated against based on a disability in violation of the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Ms. Laura B. Gillis**<br><br>03/03/2022<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington, 98104
(206) 576-3000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 03/08/2022

**To:** Ms. Laura B. Gillis
6710 Lindsay Ave Southeast
AUBURN, WA 98092

Charge No: 551-2022-02375

EEOC Representative and email:   Shannon De Jong
Investigator
shannon.dejong@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 551-2022-02375.

On Behalf of the Commission:

March 8, 2022
Date

_____ for
Elizabeth M. Cannon, Director
Seattle Field Office

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington, 98104
(206) 576-3000
Website: www.eeoc.gov

**Cc:**
Amazon Attorney
amazon@littler.com

Please retain this notice for your records.